# EXHIBIT A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States of America v.

Ravinder Hooda

Docket No.: 14CR00796-002(VEC)

(District Court Judge)

Notice is hereby given that Ravinder Hooda appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on July 23, 2015 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [✓]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓] | No [ ]   N/A [ ]

Date of sentence: July 23, 2015   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [✓]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Raiser & Kenniff, P.C. by Anthony J. Colleluori, Esq. |
| Counsel's Address: | 300 Old Country Road, Suite 351 |
| | Mineola, New York 11501 |
| Counsel's Phone: | (516) 742-7600 |
| Assistant U.S. Attorney: | Jonathan Cohen |
| AUSA's Address: | 1 St. Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-2408 |

Signature