**ALBERT Y. DAYAN**     80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415

Attorney at Law            Tel: (718) 268-9400:     Fax: (718) 268-9404

By ECF:

November 9, 2015

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:     **United States v. Singh et. al**
               **Case No.: 14-cr-00796-VEC**
               **Ravinder Hooda**

Dear Judge Caproni:

      This letter is respectfully submitted with reference to Your Honor's Order of November 6, 2015, and to clarify my office communication with Chambers.

      Due to a misunderstanding my office inadvertently contacted Chambers instead of Mr. Hooda's new attorney, Mr. Anthony J. Colleluori, in order to send him a letter to bring to his attention, that a Sentencing Submission for Mr. Hooda was filed by my office electronically on July 16, 2015, as indicated on Docket Entry #73.

      Thank you Your Honor.

                          Respectfully submitted,

                          Albert Y. Dayan
                          Attorney at law